AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>BALDOCK, Bobby R. | **2. Court or Organization**<br><br>U.S. Court of Appeals-10th Cir | **3. Date of Report**<br><br>5/02/2011 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. Circuit Judge - Senior | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>P.O. Box 2388<br>Roswell, New Mexico 88202-2388 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Baldock, Bobby R.

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 5/02/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Moot Court Competition - University of Alabama School of Law | March 23-25, 2010 | Tuscaloosa, AL | Assist with Moot Court Competition | Transportation, meals, lodging |
| 2. | George Mason Law & Economics Center | April 23-28, 2010 | Tucson, AZ | Attend Program for Judges | Transportation, meals, lodging |
| 3. | Alliance Defense Fund - The Blackstone Legal Fellowship | August 4-5, 2010 | Phoenix, AZ | Legal Fellowship - Speaker | Transportation, meals, lodging |
| 4. | Moot Court Competition - Washington & Lee University School of Law | October 29, 2010 | Lexington, Virginia | Assist with Moot Court Competition | Transportation, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 5/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Pioneer Savings | Rental Property #2, Chaves County, NM | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Merrill Lynch IRA | D | Dividend | M | T | | | | | |
| 2. | -XCEL | | | | | | | | | |
| 3. | -Aim Weingarten Mutual Fund | | | | | | | | | |
| 4. | -Lord Abbett (Mutual R Fund) | | | | | | | | | |
| 5. | -ING Small Cap (Mutual Fund) | | | | | | | | | |
| 6. | -Franklin Inves. Sec. TR Equity Income (Mutual Fund) | | | | | | | | | |
| 7. | -Merrill Lynch Retirement Reserves | | | | | | | | | |
| 8. | -Merrill Lynch Cash Equivalent Accounts | | | | | | | | | |
| 9. | Hunker Commune (El Paso, Navajo, Western, Adventure) | B | Royalty | J | W | | | | | |
| 10. | Lot in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 11. | Stock in South Spring Acres, Roswell, NM | D | Dividend | K | W | | | | | |
| 12. | Minerals, Washita County, OK (BBX Oil Corp.) | C | Rent | J | W | | | | | |
| 13. | Silver and silver coins | | None | J | T | | | | | |
| 14. | Gold coins | | None | J | T | | | | | |
| 15. | Navajo, Hockley County, TX | B | Royalty | J | W | | | | | |
| 16. | Pioneer Savings Bank | A | Interest | L | T | | | | | |
| 17. | Working interest in Hodges - Hockley County, TX | B | Royalty | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 5/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Working interest in Jeffers-Hockley County, TX | A | Royalty | J | T | | | | | |
| 19. Working interest in Pair- Hockley County, TX | A | Royalty | J | T | | | | | |
| 20. Working interest in Reed-Hockley County, TX | A | Royalty | J | T | | | | | |
| 21. Working interest in White-Hockley County, TX | A | Royalty | J | T | | | | | |
| 22. Working interest in Terry-Hockley County, TX | A | Royalty | J | T | | | | | |
| 23. Cash Value Life Insurance, AXA Equitable(Money Market Acct)* | A | Interest | J | T | | | | | |
| 24. Oil & Gas Items: | | | | | | | | | |
| 25. XTO Energy Production | A | Royalty | J | W | | | | | |
| 26. BP Am Production Company | E | Royalty | K | W | | | | | |
| 27. Conoco Phillips | E | Royalty | K | W | | | | | |
| 28. Sunco Oil & Gas Production | A | Royalty | J | W | | | | | |
| 29. Great Western Drillling Company | C | Royalty | K | W | | | | | |
| 30. El Paso Production Company | C | Royalty | K | W | | | | | |
| 31. Working interest in Mewbourn Oil, Eddy County, NM | B | Royalty | J | W | | | | | |
| 32. Property #2, Chaves County, NM | A | Rent | L | W | | | | | |
| 33. Trust #1 | D | Dividend | O | T | | | | | |
| 34. -Citigroup | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 5/02/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Computer Sciences | | | | | | | | | |
| 36. -Halliburton Co. | | | | | | | | | |
| 37. -Innsuites Hospitality Trust SBI | | | | | | | | | |
| 38. -KB Home | | | | | | | | | |
| 39. -Kimberly Clark Corp. | | | | | | | | | |
| 40. -Meadwestvaco Corp. | | | | | | | | | |
| 41. -3M Co. | | | | | | | | | |
| 42. -Walgreen | | | | | | | | | |
| 43. -Wells Fargo & Co. | | | | | | | | | |
| 44. -Columbia Tax Exempt Fund A | | | | | | | | | |
| 45. -FT Franklin AZ T/F Inc. A | | | | | | | | | |
| 46. -Oppenheimer Global Fund Class A | | | | | | | | | |
| 47. -Invesco Van Kampen Muni Income Fd CL A* | | | | | | | | | |
| 48. -Glendale Ariz Uni High | | | | | | | | | |
| 49. -Pima Cnty Ariz Str & Hwy Rev | | | | | | | | | |
| 50. -Arizona St Univ Revs Cpn | | | | | | | | | |
| 51. -Merrill Lynch Bank Deposit Program* | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 5/02/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 5, line 23- Inserted name of life insurance company.

Part VII, page 6, line 47- This asset was formerly known as "Van Kampen Muni Income Fd CL A"

Part VII, page 6, line 51- This asset was formerly known as "Reserve Management Account Money Market"

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 5/02/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Bobby R. BALDOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544